IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRYMAN,

      Plaintiff,                                  No. CIV S-07-2636 LEW DAD P

      vs.

A. TRAQUINA, et al.,

      Defendants.                     ORDER

_____/

      Defendants have requested an extension of time to file opposition to plaintiff's April 16, 2008, motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' April 21, 2008 request for an extension of time is granted; and

      2. Defendants shall file an opposition to plaintiff's motion for summary judgment on or before June 9, 2008. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: April 24, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
frym2636.36opp