IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRYMAN,

      Plaintiff,                      No. CIV S-07-2636 JAM DAD P

      vs.

A. TRAQUINA, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has requested an extension of time to file and serve objections to the court's October 24, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 4, 2008 request for an extension of time (Doc. No. 22) is granted; and

      2. Plaintiff is granted sixty days from the date of this order in which to file and serve objections to the court's October 24, 2008 findings and recommendations.

DATED: November 13, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
frym2636.36obj