IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRYMAN,

      Plaintiff,                    No. CIV S-07-2636 JAM DAD P

vs.

A. TRAQUINA, et al.,

      Defendants.               ORDER

_____/

      Plaintiff has filed with the court a notice of substitution of attorney indicating that Jose F. Vergara, CSB # 251342, The Smith Firm, 1541 Corporate Way, Suite 100, Sacramento, CA 95831, is now representing plaintiff.

      All parties in this matter are requested to direct all communications with respect to this matter to the above-referenced address of counsel effective immediately.

**IT IS SO ORDERED.**

DATED: October 26, 2009.

/frym2636.sub

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE