IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FRYMAN,

      Plaintiff,                     No. CIV S-07-2636 JAM DAD P

   vs.

A. TRAQUINA, et al.,

      Defendant.             <u>ORDER</u>

_____/

        Under the court's March 16, 2009 scheduling order, plaintiff's pretrial statement is due on December 4, 2009, and defendants' pretrial statement is due on December 18, 2009. Pretrial conference is set for December 28, 2009, and jury trial is set for April 12, 2010. On June 10, 2009, the defendants filed a motion for summary judgment.

        Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's scheduling order will remain in effect.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's March 16, 2009 scheduling order dates related to pretrial statements (December 4, 2009 and December 18, 2009), pretrial conference (December 28, 2009), and jury trial (April 12, 2010) are vacated; and

2. The remainder of the court's scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: December 2, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
frym2636.vac